UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:23-00127 |
| v. | ) | |
| | ) | JUDGE FRENSLEY |
| ARNOLD JUNIOR MARKS et. al. | ) | |

## UNITED STATES' MOTION TO SEAL

COMES NOW the United States of America by Henry C. Leventis, ~~Mary Jane Stewart, Acting~~ United States Attorney, and Joshua A. Kurtzman, Assistant United States Attorney, and moves this Court to seal the Indictment and Arrest Warrants until the Defendants are taken into custody.

August 28, 2023
Date

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

/s/ Joshua A. Kurtzman
Joshua A. Kurtzman
Assistant United States Attorney
716 Church Street, Suite 3300
Nashville, Tennessee 37203
615-401-6617