CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment (X)
Complaint ( )
Information ( )
Felony (X)
Misdemeanor ( )
Juvenile ( )

County of Offense: Davidson
AUSA's NAME: Josh Kurtzman

Reviewed by AUSA: JK
(Initials)

Arnold Junior Marks
Defendant's Full Name

Defendant's Address

Interpreter Needed?  ____ Yes  __X__ No
If Yes, what language? _____

Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| I | 18 U.S.C. § 933 | Weapons Trafficking | 15 years* | $250,000 |
| II | 18 U.S.C. § 371 | Conspiracy to Commit Title 18 Offenses | 5 years | $250,000 |
| III | 18 U.S.C. § 922(g)(1) | Previously convicted felon in possession of a firearm or ammunition* | 15 years* | $250,000 |
| IV | 18 U.S.C. § 922(g)(1) | Previously convicted felon in possession of a firearm or ammunition* | 15 years* | $250,000 |
| V | 18 U.S.C. § 922(g)(1) | Previously convicted felon in possession of a firearm or ammunition* | 15 years* | $250,000 |
| VI | 18 U.S.C. § 922(g)(1) | Previously convicted felon in possession of a firearm or ammunition* | 15 years* | $250,000 |
| VII | 18 U.S.C. § 922(g)(1) | Previously convicted felon in possession of a firearm or ammunition* | 15 years* | $250,000 |
| VIII | 18 U.S.C. § 922(g)(1) | Previously convicted felon in possession of a firearm or ammunition* | 15 years* | $250,000 |
| IX | 18 U.S.C. § 922(o) | Possession of a machine gun | 10 years | $250,000 |
| X | 26 U.S.C. § 5861(d) | Possession of an Unregistered Firearm Governed by the National Firearms Act | 10 years | $250,000 |
| XI | 18 U.S.C. § 922(g)(1) | Previously convicted felon in possession of a firearm or ammunition* | 15 years* | $250,000 |
| XII | 18 U.S.C. § 922(g)(1) | Previously convicted felon in possession of a firearm or ammunition* | 15 years* | $250,000 |
| XIII | 18 U.S.C. § 922(g)(1) | Previously convicted felon in possession of a firearm or ammunition* | 15 years* | $250,000 |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

Is the defendant currently in custody?  Yes ( )  No (X)  If yes, State or Federal?  Writ requested  (N/A)

Has a complaint been filed?          Yes ( )     No (X)
    If Yes:  Name of the Magistrate Judge _____   Case No.: _____
             Was the defendant arrested on the complaint?     Yes ( )     No ( )

Has a search warrant been issued?    Yes ( )     No (X)
    If Yes:  Name of the Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge?  Yes ( )   No (X)     Amount of bond: _____

Is this a Rule 20? Yes ( )  No (X)     To/from what district?  _____
Is this a Rule 40? Yes ( )  No (X)     To/from what district?  _____

Estimated trial time:      3 Days

The Clerk will issue a Summons / **Warrant**  (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:  Yes (X)   No ( )     Recommended conditions of release: _____